BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8981
    Facsimile: (415) 744-0134
    E-Mail: sundeep.patel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALLAN ARSICH,<br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 11-2046-GGH<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

    IT IS STIPULATED by and between plaintiff Christopher Allan Arsich ("Plaintiff") and defendant Michael J. Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Disability Adjudication and Review will remand the case to an Administrative Law Judge (ALJ) and direct him to: (1) update the treatment evidence on the claimant's medical condition; (2) expressly evaluate medical source opinions of consultative examiner, Dr. Aquino, D.O., and State agency non-examining physician, Dr. Dann,

1

M.D., and explain the reasons for the weight he gives to this opinion evidence; (3) further consider the claimant's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; (4) further consider whether the claimant has past relevant work he could perform with the limitations established by the evidence; and (5) as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: February 9, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By    /s/ *Sundeep R. Patel*

SUNDEEP R. PATEL
Special Assistant U.S. Attorney
Attorney for Defendant

CERNEY KREUZE & LOTT, LLP

Dated: February 9, 2012          By   */s/ Ann M. Cerney*
                                 *Via e-mail authorization on 02-9-2012
                                 ANN M. CERNEY
                                 Attorney for Plaintiff

ORDER

APPROVED AND SO ORDERED.

DATED: February 9, 2012

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2